IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE THORNELL, W-89789, ) | | |
|     Petitioner, ) | No. C 13-2850 CRB (PR) | |
|   vs. ) | ORDER OF TRANSFER | |
| D. K. JOHNSON, Warden, ) | (Docket #5) | |
|     Respondent. ) | | |

      Petitioner seeks federal habeas review of a conviction from Riverside County Superior Court, which lies within the venue of the Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1). Petitioner is incarcerated at Central California Women's Facility in Chowchilla, Madera County, which lies within the venue of the Eastern District of California. See id. § 84(b).

      Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

      Because Riverside County lies in the Central District of California, Eastern Division, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Eastern Division.

      The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: July 29, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.13\Thornell, L.13-2850.transfer.wpd