UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LESLIE THORNELL, | ) ED CV 13-01378-SJO (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| WARDEN JOHNSON, | ) |
| | ) |
| Respondent. | ) |

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: January 5, 2014.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE